# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEREMY DUANE CROFFORD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. CIV-15-0027-F |
| | ) |
| OKLAHOMA DEPARTMENT OF | ) |
| CORRECTIONS, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Petitioner Jeremy Crofford, a prisoner appearing *pro se* whose pleadings are liberally construed, brings this action under 28 U.S.C. § 2241. On January 13, 2015, Magistrate Judge Suzanne Mitchell entered a Report and Recommendation (the Report), doc. no. 5, recommending summary dismissal of the petition without prejudice for failure to state a cognizable claim for habeas relief. Petitioner objected to the Report, contending it was in error. Doc. no. 8.

As required by 28 U.S.C. §636(b)(1), the court has reviewed all objected to matters *de novo*. Having concluded that review, and after careful consideration of plaintiff's objections, the court finds that it agrees with the Report and Recommendation of the Magistrate Judge and that no purpose would be served by stating any further analysis here.

Accordingly, plaintiff's objections to the Report and Recommendation of Magistrate Judge Mitchell are **DENIED** and the Report and Recommendation is

**ACCEPTED**, **ADOPTED** and **AFFIRMED**. This action is summarily **DISMISSED** without prejudice. A certificate of appealability is **DENIED**.

Dated this 6th day of February, 2015.

*[signature]*
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

15-0027p001.wpd